IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN HANS | : CIVIL ACTION |
| | : |
| v. | : NO. 25-3595 |
| | : |
| UNUM LIFE INSURANCE COMPANY | : |
| OF AMERICA | : |

# ORDER

**AND NOW**, this 15th day of January 2026, upon reviewing the parties' cross Motions (ECF 32, 35) for judgment on the administrative record, Responses (ECF 36, 38), finding no genuine issue of material fact arising from the insurer's study leading to a decision to deny long term benefits, and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for judgment (ECF 32) is **DENIED**;

2. Defendant's Motion for judgment (ECF 35) is **GRANTED**; and,

3. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.